THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE  CITED OR RELIED
ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Lamar Capress Hicks,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Anderson County
Frank Eppes, Circuit Judge
John M. Milling, Post-Conviction Relief 
 Judge

Memorandum Opinion No. 2004-MO-034
Submitted June 8, 2004 - Filed June 28, 2004

DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, S.C. Office of Appellate Defense, 
 of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 and Assistant Deputy Attorney General Allen Bullard, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  The circuit court, on May 21, 1999, revoked Petitioners 
 probation and activated ten years of a previously imposed twenty-year sentence 
 for second-degree criminal sexual conduct with a minor.  Petitioner did not 
 appeal, but on September 27, 1999, filed an application for post-conviction 
 relief (PCR).
Petitioner seeks a writ of certiorari from the decision 
 of the PCR judge granting him the right to file a belated appeal.  See 
 Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986); White v. State, 
 263 S.C. 110, 208 S.E.2d 35 (1974); Rule 227(h), SCACR.  Petitioners appellate 
 counsel has filed an Anders brief challenging the revocation of his probation 
 and seeking a new revocation hearing.  The State has filed a return opposing 
 the petition for a writ of certiorari, but has not filed a brief in the appeal.  
 Petitioner has not filed a pro se response.
Because there is sufficient evidence of probative value 
 to support the PCR judges finding that petitioner did not knowingly and intelligently 
 waive his right to a direct appeal, we grant certiorari and proceed with a review 
 of the direct appeal.
After a thorough review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's petition 
 to be relieved.
DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.